HENRY BELLERJEAU and Wife and Others *v.* The Report of Sale of Certain Real Estate Late of GEORGE ELY, Deceased.

----

A report was made to this court of the sale of certain real estate by commissioners under an order for sale made by one of the justices of this court, founded on an application for division and a report that the same was impracticable, &c.

Bellerjeau and others *v.* Real Estate of George Ely, dec'd.

*L. H. Stockton*, for the owners of the real estate, now moved, *first*, to set aside the sale and read several affidavits to prove that it was made at under value—and *secondly*, to discontinue all proceedings under the order for sale, which he stated was the desire of all the owners. To shew the authority of the court, he cited 3 *Bl. Com. Coxe* 246 ; 19 *Viner* 512, 517 ; 6 *Bac. abr. tit. Stat.* 379, *B.* 1 *Dal.*

No counsel appeared to oppose the application.

BY THE COURT.—The court are of opinion that as the proceeding is voluntary on the part of the owners of the property, and solely for their benefit, and not of an adversary nature, or one to which they are compelled at the instance of other persons, they are entitled to control and if they think proper to discontinue the proceedings at any time before the rights of purchasers or bidders become fixed ; and that such rights do not become fixed until an order for approval of the sale has been made.

Upon filing a petition signed by all the owners or persons legally representing them, and upon making indemnity to all concerned by payment of costs and expenses, the court will make an order to vacate the sale and to discontinue all farther proceedings.